### 3310.    STRICKLAND *v.* THE STATE.

HILL, C. J. The only question raised by the record in this case was whether the act of the General Assembly approved August 12, 1910 (Acts 1910, p. 134); regulating the right to bear firearms in this State, was in violation of article 1, section 1, paragraph 22, of the constitution of this State, and this question having been certified to the Supreme Court for instruction, and that court having sustained the constitutionality of the act in question (137 *Ga.* 1, 72 S. E. 260), the judgment of the trial court is                                    *Affirmed.*
          DECIDED OCTOBER 23, 1911.

Accusation of carrying pistol without license; from city court of Carrollton—Judge Beall. March 7, 1911.

*R. W. Adamson*, for plaintiff in error.

*C. E. Roop, solicitor*, contra.

---

### 3312.    McBRIDE *v.* THE STATE.

RUSSELL, J. The evidence, though very weak and entirely circumstantial, is sufficient to authorize the verdict of guilty, and this court is without power to interfere.                    *Judgment affirmed.*
          DECIDED OCTOBER 23, 1911.

Indictment for larceny; from Bulloch superior court—Judge Rawlings. February 7, 1911.

*Anderson & Speer*, for plaintiff in error.

*Alfred Herrington, solicitor-general, Hines & Jordan, A. M. Deal*, contra.